IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTOPHER J BROWN,

    Plaintiff,

v.                                                  CASE NO. 1:08-cv-00006-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 16, Report and Recommendation of the Magistrate Judge, recommending that the Motion to Dismiss of the defendant be denied. The time for filing objections has passed, and none have been filed. The Court agrees that Plaintiff has shown that Plaintiff did not receive this decision until December 10, 2007. Hence, the complaint, filed on January 8, 2007, was timely filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation is adopted and incorporated herein. The Defendant's motion to dismiss, doc. 12, is denied. The Defendant shall file an answer by Wednesday, December 31, 2008. The case is remanded to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this  *25th*   day of November, 2008

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge