IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTOPHER J BROWN,

    Plaintiff,

v.                                                                           CASE NO. 1:08-cv-00006-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 29, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The Plaintiff filed objections, Doc. 30, which the Court has reviewed, and the Defendant filed a response to the Report and Recommendation, Doc. 31. Having conducted a de novo review, the Court finds that the decision denying benefits prior to October 1, 2003, is affirmed.

Plaintiff seeks judicial review of Defendant's partially unfavorable decision concerning the onset date of Plaintiff's benefits. The Administrative Law Judge found an onset date of October 1, 2003, rather than the Plaintiff's alleged onset date of June 30, 2001. Thus, the Administrative Law Judge denied Plaintiff 's disability insurance benefits for the period from June 30, 2001, to October 1, 2003. Plaintiff asks this Court to reverse the Commissioner's partially favorable decision to the extent of finding the Plaintiff disabled as of June 30, 2001 and entitled to supplemental security benefits and disability insurance benefits as of June 30, 2001.

Plaintiff asserts that the Administrative Law Judge's only basis for finding the October

2003, onset date was that the Administrative Law Judge must have credited the Plaintiff with three "quarters" of a year of work based on the Commissioner's accounting method of ascribing a quarter of work for each $1,200 earned. Other substantial evidence existed, however, to support the Administrative Law Judge's decision to use the October, 2003, onset date. The ALJ found, and Plaintiff has not disputed, that Plaintiff had not been hospitalized for uncontrolled hypertension or any type of cardiovascular episode prior to October 1, 2003. R. 19. He found that prior to October 1, 2003, Plaintiff had "not undergone any lumbar spine surgery, and has been treated for his musculoskeletal pain and hypertension conservatively." *Id*. It is also significant that almost all of the medical evidence in this record is for treatment in 2004 and thereafter. R. 121-126, 141-189, 192-195, 210-246. Also, the work done and money earned in early 2003 supports the later onset date not because of mechanical application of the "quarters" rule, but because the work (painting) supports the finding that the Plaintiff was capable of gainful employment at that time. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the Commissioner, denying benefits, is affirmed.

    **DONE AND ORDERED** this  *15th*  day of March, 2010

                               *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge